IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERRON LOCKHEART,

    Petitioner,

      v.

ANTHONY WASHINGTON,

    Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-1162-TWT

## ORDER

This is a pro se habeas corpus petition.  It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the petition.  The Magistrate Judge correctly held that claims that were not raised on direct appeal were procedurally defaulted.  For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Petitioner's claims of ineffective assistance of counsel are without merit.   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED.  The request for a Certificate of Appealability is DENIED.

T:\ORDERS\11\Lockheart\r&r.wpd

SO ORDERED, this 17 day of January, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge